UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CAROL FRASER,<br><br>        Plaintiff,<br><br>    - vs -<br><br>SMITH'S FOOD & DRUG CENTERS, INC.<br>dba SMITH'S FOOD & DRUG,<br><br>        Defendant. | **Civil No.  2:06-cv-00414-KJD-LRL**<br><br>**STIPULATION AND ORDER OF<br> DISMISSAL WITH PREJUDICE**<br><br><br><br>**Judge Kent J. Dawson** |

Plaintiff Carol Fraser and Defendant Smith's Food & Drug Center's, Inc., by and through their counsel of record, hereby stipulate and agree that this action and all claims asserted herein against Defendant may be dismissed with prejudice and on the merits pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs, expenses and attorneys' fees.  Plaintiff and Defendant hereby jointly move the Court, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, to execute this Order of Dismissal With Prejudice.


MANNING CURTIS BRADSHAW &
  BEDNAR LLC



By: /s/   Chad R. Derum
Steven C. Bednar
Chad R. Derum
Lead counsel for Defendant Smith's Food & Drug
Centers, Inc.



RICHARD SEGERBLOM, ESQ.



By: /s/   Richard Segerblom
(*Signed copy bearing signature of Richard Segerblom is being maintained in the office of Manning Curtis Bradshaw & Bednar LLC*)
Richard Segerblom, Esq.
Attorney for Plaintiff Carol Fraser

## **ORDER**

IT IS SO ORDERED.

DATED this ⎯⎯1st⎯⎯ day of ⎯⎯⎯November⎯⎯⎯, 2006.

_____
Judge Kent J. Dawson
United States District Judge